**REVOLUTION EYEWEAR, INC.,**
**Plaintiff/Counterclaim**
**Defendant–Appellant,**

v.

**ASPEX EYEWEAR, INC. and Thiery Ifergan, Defendants/Counterclaimants–Appellees,**

and

**Manhattan Design Studio, Inc., Contour Optik, Inc., and Asahi Optical Co. Ltd., Counterclaimants–Appellees.**

No. 2009–1443.

United States Court of Appeals, Federal Circuit.

Sept. 11, 2009.

Michael A. Nicodema, Greenberg Traurig, LLP, Florham Park, NJ, Jeffrey K. Joyner, Greenberg Traurig LLP, Santa Monica, CA, for Defendants/Counterclaimants–Appellees.

R. Joseph Trojan, Trojan Law Offices, Beverly Hills, CA, for Plaintiff/Counterclaim Defendant–Appellant.

*ORDER*

Upon consideration of Revolution Eyewear, Inc.'s motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

The motion is granted. Each side shall bear its own costs.